No. 594. McGRATH, ATTORNEY GENERAL OF THE UNITED STATES, *v.* PARAMOUNT PICTURES, INC. ET AL. District Court of Appeal, First Appellate District, of California; and

No. 613. SPARLING, SUPERINTENDENT OF BANKS, *v.* PARAMOUNT PICTURES, INC. ET AL. Supreme Court of California. Certiorari denied. MR. JUSTICE CLARK took no part in the consideration or decision of these applications. *Solicitor General Perlman* for petitioner in No. 594. *Dudley T. Shearer* for petitioner in No. 613. *Homer*

*I. Mitchell* for Paramount Pictures, Inc.; and *Walter S. Hilborn* for the Bank of America National Trust & Savings Assn. et al., respondents.